UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-373-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MALCOLM JAMAL BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, defendant, MALCOLM JAMAL BRYANT's, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the 2nd day of June 2016.

Malcolm J. Howard
Senior United States District Judge