UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-373-2H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MALCOLM JAMAL BRYANT, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, defendant, MALCOLM JAMAL BRYANT's, Motion to Seal Unopposed Motion to Continue Sentencing Hearing [DE #117] is hereby GRANTED.

SO ORDERED, this the 9th day of August 2016.

Malcolm J. Howard
Senior United States District Judge